# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MARY SMITH, INDIVIDUALLY AND
ON BEHALF OF CONCERNED
MEMBERS OF THE LOUISIANA
ASSOCIATION OF THE DEAF,
INC.

NO.   2022 CW 0955

VERSUS

JIMMY GORE AND JAY ISCH

**SEPTEMBER 02, 2022**

---

In Re:    Louisiana Association of the Deaf, Inc., applying for
          supervisory writs,  19th  Judicial  District  Court,
          Parish of East Baton Rouge, No. 690808.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**   The relief sought herein should first be
sought with the district court, as there is no evidence before
this  court  regarding  the  amount  sufficient  to  assure
satisfaction  of  the  judgment  or  of  damages  for  the  delay
resulting from suspension of execution of the judgment being
appealed. See La Code Civ. P. art. 2124(B)(3).

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT